IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H–11-113 |
| § | |
| Ben Harris Echols § | |
| § | |

## ORDER

Pending before the Court is a motion filed by the Defendant for continuance of the trial setting. In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

The Defendant recites that there has been inadequate time to sufficiently prepare for trial. Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that the Defendant's motion for continuance is **GRANTED**.

A period of excludable delay shall commence from _July 6, 2011_, pursuant to 18 U.S.C. § 3161, and end upon the start of trial.

Motions shall be filed by: _Sept. 16, 2011_

Responses shall be filed by: _Sept 30, 2011_

Trial of this case is hereby scheduled to commence on _October 24, 2011_ at 1:00 p.m..

**SIGNED** on this the 7th day of July, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE