JUDGE **SIM LAKE**
CASE MANAGER J. Williams
LAW CLERK J. West

RPTR/TAPE G. Dye
INTERPRETER _____

TIME 11:30 / 11:40 A.M.   ___/___ P.M.
      begin    end         begin  end

DATE May 7, 2012

CR. NO. H-11-113

UNITED STATES OF AMERICA § A. Berlin, AUSA
    vs.                  § J. Beemsberger,
                         § A. Taylor

| Deft. No. | Deft. Name |
|---|---|
| 1 | Ben Harris Echols, M.D. |

§ Connie Williams ___ CJA
§ _____ ___ CJA
§ _____ ___ CJA
§ _____ ___ CJA
§ _____ ___ CJA
§ _____ ___ CJA

add'l defts. on reverse side

## HEARING

✓ Motion hearing held.
✓ Hearing held on Defendant's Motion for Continuance of Trial
___ Evidence presented (exhibits admitted or testimony given) on: _____

___ All motions not expressly decided are denied without prejudice to being reurged.
✓ Jury trial set May 21, 2012 at 1:00 p.m.
___ Deft____ bond set/reduced to $_____ ____Cash ____Surety ____10% ____PR.
___ Deft____ failed to appear, bench warrant to issue.
___ Deft____ bond ____continued ____forfeited.
___ Deft____ remanded to custody.

OTHER RULINGS: Defendant's Motions for Continuance of Trial Docket Entry Nos. 58 & 59, are DENIED for the reasons stated on the record. The Government shall produce the following by Friday, May 11, 2012: All Jencks Act material, all exhibits it intends to use at trial, its exhibit list and its witness list. Defendant shall produce by Thursday, May 17, 2012 a witness list, an exhibit list, and copies of exhibits. A final pretrial conference will be held on Friday, May 18, 2012, at 11:00 a.m.